IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JOSEPH E. DANIELS                                              PETITIONER

VERSUS                                         CIVIL ACTION NO. 5:07cv115-DCB-MTP

STATE OF MISSISSIPPI                                           RESPONDENT

## FINAL JUDGMENT

This cause is before the court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion issued this day,

IT IS HEREBY, ORDERED AND ADJUDGED that this cause be dismissed with prejudice for this Court's lack of jurisdiction.

This the   11th   day of June, 2007.


                                                s/ David Bramlette
                                      UNITED STATES DISTRICT JUDGE